1  PAMELA E. COGAN (SBN 105089)
2  KATHRYN C. CURRY (SBN 157099)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  1001 Marshall Street, Suite 300
   Redwood City, CA 94063
   Telephone: (650) 364-8200
4  Facsimile: (650) 780-1701

5  Attorneys for Defendants
   LIBERTY LIFE ASSURANCE COMPANY OF
6  BOSTON and BOEING SATELLITE SYSTEMS
   HEALTH AND WELFARE PLAN
7

JS—6

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10              EASTERN DIVISION

11

12  ANITA SWADENER,                    Case No. ED CV 07-00320 VAP (OPx)

13          Plaintiff,                 [~~PROPOSED~~] ORDER OF
                                        DISMISSAL OF ACTION WITH
14  v.                                 PREJUDICE

15  LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON, BOEING
16  SATELLITE SYSTEMS HEALTH
    AND WELFARE PLAN, and DOES 1-
17  10, inclusive,

18          Defendants.

19

20          Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED** that

21  this action is hereby dismissed with prejudice as to all defendants. Each party shall

22  bear its own fees and costs.

23  Dated: April 10, 2008

24

25

26  _____
    The Honorable Virginia A. Phillips
27  UNITED STATES DISTRICT COURT JUDGE

28

RCI/5096370.1/KCC          - 1 -       ORDER OF DISMISSAL –
                                        CASE No. ED CV 07-00320 VAP (OPx)